1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 17cr3856-JAH |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF RESTITUTION** |
| JEAN LOUIS CONTRERAS (2), | |
| Defendant. | |

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. §3663A(a)(1), Defendant JEAN LOUIS CONTRERAS (2) shall pay restitution in the amount of **$71,489.35** as a result of his conviction for Conspiracy to Use Counterfeit Access Device, in violation of 18 U.S.C. § 1029(b)(2). Restitution shall be payable to the victims as follows:

| Victim | Amount |
|---|---|
| Costco Wholesale Corporation | $69,802.25 |
| Smart N Final | $1,687.10 |

2. Restitution is due and payable immediately. Notwithstanding any other provision of this Restitution Order, the government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

3. During any period of incarceration, the defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of the defendant's income, or $25.00 per quarter, whichever is greater. Upon release from custody, the defendant shall pay restitution at the rate of **$150 per month**, subject to modification upon further agreement of the parties or order of the court.

4. This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment.

5. The defendant is jointly and severally liable for payment of restitution to the following victims in the listed amounts with the listed co-defendants:

    a. **$69,802.25** to Costco Wholesale Corporation with co-defendants Daniel Stephen Wray (1) and Chantal Jovana Twight (3);

    b. **$1,687.10** to Smart N Final with co-defendant Daniel Stephen Wray (1) and Chantal Jovana Twight (3); and

    c. **$2,231.12** to Costco Wholesale Corporation with co-defendant Abilene Velazquez-Sedano (4). Co-defendant Velazquez-Sedano will receive credit for restitution payments *made by her* to the restitution judgment. Co-defendant Velazquez-Sedano will not receive credit to her restitution judgment for payments made by co-defendants Daniel Stephen Wray (1), Jean Louis Contreras (2), or Chantal Jovana Twight (3) until the restitution judgments of Defendants Wray (1), Contreras (2) and Twight (3) to Costco Wholesale Corporation have been paid in full.

6. The defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

7. The Court has determined that the defendant does not have the ability to pay interest. It is ordered that the interest requirement is waived.

8. Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution no later than thirty days after the change occurs.

9. Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs.

**IT IS SO ORDERED.**

DATED: May 13, 2020

_____
Hon. John A. Houston
United States District Judge