UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 17cr3856-JAH |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO CONTINUE DEFENDANT'S SELF-SURRENDER DATE FOR 60 DAYS [Doc. No. 149]** |
| JEAN LOUIS CONTRERAS, | |
| Defendant. | |

Pending before the Court is the parties' joint motion to continue Defendant Jean Louis Contreras' ("Defendant") self-surrender date by 60 days. *See* Doc. No. 149.

Upon review of the motion and good cause appearing, the joint motion is **GRANTED.** Defendant's self-surrender date presently set for August 3, 2020, shall be continued to October 2, 2020. All other conditions of release shall remain as previously set by the Court.

**IT IS SO ORDERED**.

DATED: July 20, 2020

_____
Hon. John A. Houston
United States District Judge